# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:12 CV 36

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br>)<br>V )<br>)<br>FRANCES CARLSON, et al., )<br>    Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Tikkun A.S. Gottschalk's Application for Admission to Practice *Pro Hac Vice* of B. Gray Gibbs. It appearing that B. Gray Gibbs is a member in good standing with the Florida State Bar and will be appearing with Tikkun A.S. Gottschalk, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Tikkun A.S. Gottschalk's Application for Admission to Practice *Pro Hac Vice* (#12) of B. Gray Gibbs is **GRANTED**, and that B. Gray Gibbs is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Tikkun A.S. Gottschalk.

Signed: October 2, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge