# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:12-cv-00036-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| FRANCES CARLSON, REIDAR ) | |
| G. CARLSON, and REIDAR'S ) | |
| RETREAT, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion [Doc. 21] for an Order declaring that this action is no longer stayed and amending the Pretrial Order and Case Management Plan.

For the reasons stated in the Motion, and for cause shown, the Court will grant the requested relief.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 21] is **GRANTED**, and this action is no longer stayed.

**IT IS FURTHER ORDERED** that the Pretrial Order and Case Management Plan [Doc. 15] is hereby **AMENDED** to incorporate the following new deadlines:

Discovery Completion:      September 24, 2013

Mediation:      October 8, 2013

Motions:      October 24, 2013

Trial:      First session on or
after March 10, 2014


**IT IS SO ORDERED.**      Signed: July 1, 2013


Martin Reidinger
United States District Judge